# UNITED STATES BANKRUPTCY  COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br>Ho Wan Kwok<br><br>Debtor(s). | Case No. 22-50073 |
| Luc A. Despins, Chapter 11<br>Trustee            Plaintiff,<br>vs<br>Hayman Hong Kong<br>Opportunities Onshore Fund LP    Defendant. | Adv. Proceeding No. 24-05272 |

### NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for: Luc A. Despins, Chapter 11 Trustee
The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

/s/ Kari A. Mitchell

Attorney's Signature                                         Dated: January 2, 2026

Kari A. Mitchell

Attorney's Printed Name

Law Firm Name   Neubert, Pepe, & Monteith, P.C.

Law Firm Mailing Address  195 Church Street, 13th Floor

City     New Haven                    State  CT   Zip Code  06510

Attorney's Email Address   kmitchell@npmlaw.com

Attorney's Phone Number  (203) 781-2884

Attorney's Federal Bar Number    ct31578